People v Gilmore (2024 NY Slip Op 02452)

People v Gilmore

2024 NY Slip Op 02452

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, DELCONTE, AND HANNAH, JJ.

310 KA 20-00052

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
NATHAN GILMORE, DEFENDANT-APPELLANT. 

SARAH S. HOLT, CONFLICT DEFENDER, ROCHESTER (FABIENNE N. SANTACROCE OF COUNSEL), FOR DEFENDANT-APPELLANT.
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Monroe County Court (Douglas A. Randall, J.), rendered December 11, 2018. The judgment convicted defendant upon a guilty plea of burglary in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: On appeal from a judgment convicting him upon his plea of guilty of burglary in the first degree (Penal Law § 140.30 [2]), defendant contends that his sentence is unduly harsh and severe. Although defendant has no prior criminal record, he admittedly broke into the victim's home and repeatedly struck him with a baseball bat, causing the victim to sustain a concussion and several fractured bones. In light of the violent nature of the offense and considering that defendant received significantly less than the maximum term of imprisonment, we perceive no basis in the record to exercise our power to modify the negotiated sentence as a matter of discretion in the interest of justice (see CPL 470.15 [6] [b]).
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court